McGUCKIN, Appellant, v. CHORLEY, Respondent.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Hugh McGuckin against Mrs. Ellis Chorley.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment of the county court affirmed, with costs.

---

MARION, Respondent, v. TOWN OF NEWFIELD, Appellant.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Ezra Marion against the town of Newfield.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event. Held, that the opinion of the witness as to the "safe life of a wooden bridge" was improperly received. See Harley v. Manufacturing Co., 142 N. Y. 31, 36 N. E. 813, and cases cited.

---

MORSE et al., Appellants, v. FREOIT, Respondent.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by Tracy H. Morse and others against Charles J. Freoit.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Judgment of the county court reversed, with costs, and the judgment of the justice's court affirmed, with costs.

---

PEOPLE, Respondent, v. DOXTATER, Appellant.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Action by the people against Milton W. Doxtater.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Motion for leave to appeal to the court of appeals granted on the ground that a question of law is involved which ought to be reviewed by that court. See 27 N. Y. Supp. 481.

---

PEOPLE ex rel. SUPPLE, Appellant, v. COMMON COUNCIL OF CITY OF UTICA, Respondent.

(Supreme Court, General Term, Fourth Department. May 18, 1894.)

Proceeding by the people, on the relation of William J. Supple, against the common council of the city of Utica.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion. Order affirmed, without costs to either party.